AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, James P. | Western District of Virginia | 11/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

180 West Main Street
Rm. 104
Abingdon, VA 24210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ____ Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2.  Trust No. 1, income beneficary | D | Dividend | O | T | | | | | |
| 3.  Trust No. 2, income beneficary | D | Dividend | P2 | T | | | | | |
| 4.  Trust No. 3, income benficiary | D | Dividend | P2 | T | | | | | |
| 5.  Trust No. 4, income benficiary | E | Dividend | P1 | T | | | | | |
| 6.  Hennessy Gas Utility Index Fund | A | Dividend | K | T | | | | | |
| 7.  Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8.  Chevron Corp common stock | D | Dividend | M | T | | | | | |
| 9.  Duke Energy common stock | E | Dividend | N | T | | | | | |
| 10.  Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11.  IBM common stock | D | Dividend | M | T | | | | | |
| 12.  AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13.  T. Rowe Price Va Bond Fund | C | Dividend | M | T | Buy (add'l) | 05/12/16 | K | | |
| 14.  T. Rowe Price Summit Muncipal Intermediate Fund | C | Dividend | L | T | | | | | |
| 15.  T. Rowe Price Growth Stock Fund | D | Dividend | O | T | | | | | |
| 16.  T. Rowe Price New Horizons Fund | D | Dividend | M | T | | | | | |
| 17.  T. Rowe Price New Asia Fund | B | Dividend | M | T | Redeemed (part) | 01/21/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | Redeemed (part) | 01/21/16 | J | A | |
| 19.  T. Rowe Price Int'l Stock Fund | B | Dividend | M | T | | | | | |
| 20.  T. Rowe Price New Income Fund | D | Dividend | O | T | | | | | |
| 21.  T. Rowe Price Government Money Fund | A | Dividend | M | T | | | | | |
| 22.  T. Rowe Price Science & Tech. Fund | E | Dividend | M | T | | | | | |
| 23.  T. Rowe Price Blue Chip Growth Fund | E | Dividend | O | T | Redeemed (part) | 11/29/16 | K | A | |
| 24.  T. Rowe Price Equity Index 500 Fund | E | Dividend | O | T | Redeemed (part) | 01/23/16 | M | A | |
| 25.  T. Rowe Price Value Fund | D | Dividend | M | T | | | | | |
| 26.  T. Rowe Price Equity Income | D | Dividend | M | T | | | | | |
| 27.  T. Rowe Price High Yield Fund | A | Dividend | K | T | Redeemed (part) | 01/21/16 | J | A | |
| 28.  T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | Redeemed (part) | 01/21/16 | J | A | |
| 29.  Wells Fargo bank account | A | Interest | K | T | | | | | |
| 30.  Highlands Union bank account (X) | | None | L | T | | | | | |
| 31.  J P Morgan bank account (X) | | None | K | T | | | | | |
| 32.  Virginia529 Plan James River Portfolio | D | Dividend | O | T | Buy (add'l) | 02/23/16 | L | | |
| 33.  Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 34.  Advansix Inc common stock | | None | J | T | Spinoff (from line 126) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allstate Corp common stock | A | Dividend | K | T | Buy | 02/25/16 | K | | |
| 36. Alphabet Inc common stock | | None | M | T | | | | | |
| 37. AMC Networks Inc. common stock | | None | K | T | Buy | 08/17/16 | L | | |
| 38. | | | | | Sold | 10/04/16 | K | A | |
| 39. | | | | | Buy | 11/08/16 | K | | |
| 40. American Express Co. common stock | A | Dividend | K | T | Buy | 08/17/16 | K | | |
| 41. | | | | | Sold (part) | 12/15/16 | K | C | |
| 42. Antero Resources Corp common stock | | None | K | T | Buy | 05/03/16 | K | | |
| 43. | | | | | Buy (add'l) | 08/17/16 | K | | |
| 44. Aramark common stock | A | Dividend | K | T | Buy | 04/01/16 | K | | |
| 45. Avnet Inc common stock | A | Dividend | K | T | Buy | 09/13/16 | K | | |
| 46. Boeing Co common stock | | None | | | Sold | 02/01/16 | K | A | |
| 47. Berkshire Hathaway B common stock | | None | L | T | Buy | 06/24/16 | K | | |
| 48. | | | | | Buy (add'l) | 07/21/16 | K | | |
| 49. CBRE Group, Inc. common stock | | None | L | T | | | | | |
| 50. Chevron Corp common stock | B | Dividend | L | T | Sold (part) | 02/05/16 | K | B | |
| 51. Chubb LTD common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cisco Systems Inc common stock | C | Dividend | L | T | | | | | |
| 53. C I T Group Inc common stock | A | Dividend | L | T | Buy | 05/17/16 | K | | |
| 54. Comerica Inc common stock | A | Dividend | K | T | | | | | |
| 55. Discovery Comm Inc common stock | | None | L | T | Buy | 02/05/16 | K | | |
| 56. | | | | | Buy (add'l) | 09/13/16 | K | | |
| 57. Disney Walt Co common stock | A | Dividend | K | T | | | | | |
| 58. Dominion Resources Inc common stock | B | Dividend | K | T | | | | | |
| 59. Dreyfus Emrg Mkts Debt | | None | K | T | Sold (part) | 05/16/16 | K | A | |
| 60. EMC Corp Mass common stock | A | Dividend | | | Sold (part) | 01/22/16 | K | B | |
| 61. | | | | | Sold | 05/17/16 | K | B | |
| 62. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 63. EOG Resources, Inc common stock | A | Dividend | K | T | | | | | |
| 64. First Solar Inc common stock | | None | K | T | Buy | 06/29/16 | K | | |
| 65. | | | | | Buy (add'l) | 09/13/16 | K | | |
| 66. Gap Inc common stock | B | Dividend | K | T | Buy | 05/17/16 | K | | |
| 67. General Electric Co. common stock | B | Dividend | L | T | Sold (part) | 08/17/16 | K | B | |
| 68. IBM common stock | A | Dividend | | | Sold | 02/01/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson common stock | B | Dividend | L | T | | | | | |
| 70. JPMorgan Chase & Co common stock | B | Dividend | M | T | | | | | |
| 71. Kellogg Co. common stock | B | Dividend | L | T | Sold (part) | 09/13/16 | K | A | |
| 72. | | | | | Sold (part) | 11/02/16 | J | A | |
| 73. L-3 Communications Hldgs common stock | A | Dividend | K | T | | | | | |
| 74. Laboratory Corp of America common stock | | None | L | T | | | | | |
| 75. Liberty Expedia Hold common stock | | None | J | T | Buy | 03/28/16 | J | | |
| 76. Liberty Interactv common stock | | None | K | T | Buy | 03/28/16 | K | | |
| 77. Liberrty Media Corp common stock C Braves | | None | J | T | Buy | 01/06/16 | J | | |
| 78. | | | | | Buy (add'l) | 06/27/16 | J | | |
| 79. Liberty Media Coip Common Stock C Sirius XM | | None | K | T | Buy | 01/06/16 | K | | |
| 80. Macy's Inc common stock | B | Dividend | K | T | | | | | |
| 81. Madison Square Garden common stock | | None | K | T | Buy | 12/16/16 | K | | |
| 82. Michael Kors Holdings common stock | | None | L | T | Buy | 02/01/16 | K | | |
| 83. Microsoft Corp common stock | B | Dividend | L | T | | | | | |
| 84. Monsanto Co. common stock | A | Dividend | | | Sold | 02/25/16 | K | A | |
| 85. Netapp Inc common stock | B | Dividend | K | T | Buy | 06/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. News Corp common stock A | A | Dividend | K | T | Buy | 06/29/16 | K | | |
| 87. Nvidia Corp common stock | A | Dividend | | | Sold | 06/29/16 | L | B | |
| 88. Norfolk Southern common stock | B | Dividend | L | T | | | | | |
| 89. Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 90. Oracle Corp common stock | A | Dividend | K | T | Sold (part) | 11/14/16 | J | A | |
| 91. Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 92. PPL Corp common stock | B | Dividend | K | T | Sold (part) | 11/14/16 | K | B | |
| 93. Praxair, Inc common stock | A | Dividend | K | T | | | | | |
| 94. Prudential Financial Inc common stock | B | Dividend | K | T | | | | | |
| 95. Rockwell Collins Inc common stock | A | Dividend | K | T | Sold (part) | 08/17/16 | K | A | |
| 96. Schlumberger Ltd common stock | A | Dividend | K | T | | | | | |
| 97. SPDR S&P 500 ETF | | None | M | T | Buy | 10/04/16 | M | | |
| 98. Siemans AG ADR | A | Dividend | K | T | | | | | |
| 99. Target Corp common stock | B | Dividend | K | T | | | | | |
| 100. Teva Pharm Inds LTD ADR | A | Dividend | K | T | Buy | 02/25/16 | K | | |
| 101. | | | | | Sold (part) | 10/04/16 | K | A | |
| 102. | | | | | Buy (add'l) | 12/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Total SA sponsored ADR | A | Dividend | J | T | | | | | |
| 104. Unilever NV | A | Dividend | K | T | | | | | |
| 105. Valero Energy Corp common stock | B | Dividend | | | Sold | 10/04/16 | K | A | |
| 106. Vanguard Interm Term Tax Exempt Fund | D | Dividend | N | T | Buy (add'l) | 08/29/16 | L | | |
| 107. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 108. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 109. Versum Materials Inc common stock | | None | J | T | Spinoff (from line 126) | 10/03/16 | J | | |
| 110. Wal-Mart Stores, Inc common stock | | None | | | Sold | 01/06/16 | K | A | |
| 111. Western Digital Corp common stock | A | Dividend | | | Buy (add'l) | 07/21/16 | K | | |
| 112. | | | | | Sold | 10/04/16 | K | A | |
| 113. Willis Towers Watson | A | Dividend | K | T | Buy | 07/21/16 | K | | |
| 114. Xcel Energy Inc common stock | B | Dividend | L | T | | | | | |
| 115. Xilinx Inc common stock | A | Dividend | K | T | | | | | |
| 116. Schwab Gov't Money Fund | C | Dividend | O | T | | | | | |
| 117. Arlington Cnty Va muni bond | A | Interest | K | T | | | | | |
| 118. Loudoun Cnty Va muni bond | A | Interest | L | T | | | | | |
| 119. Metropolitan Washington muni bind | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Orange Co VA muni bond | A | Interest | K | T | | | | | |
| 121. American International Group common stock | A | Dividend | L | T | | | | | |
| 122. CIGNA Corp common stock | A | Dividend | L | T | | | | | |
| 123. National Grid Plc common stock | A | Dividend | J | T | | | | | |
| 124. ADT Corp common stock | A | Dividend | | | Sold | 04/27/16 | J | A | |
| 125. Ace Ltd New common stock | A | Dividend | | | Merged (with line 51) | 01/14/16 | J | | |
| 126. Air Products & Chemicals Inc common stock | A | Dividend | J | T | | | | | |
| 127. Allergan plc common stock | | None | | | Sold | 12/12/16 | K | | |
| 128. Amazon Com Inc common stock | | None | K | T | | | | | |
| 129. Apple Inc common stock | A | Dividend | L | T | Sold (part) | 11/14/16 | K | D | |
| 130. | | | | | Buy (add'l) | 07/27/16 | J | | |
| 131. AT&T Inc common stock | A | Dividend | J | T | | | | | |
| 132. Autozone Inc common stock | | None | J | T | | | | | |
| 133. Baker Hughes Inc common stock | A | Dividend | | | Sold | 01/22/16 | J | A | |
| 134. Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 135. Biogen Idec Inc common stock | | None | J | T | | | | | |
| 136. California Resources Corp common stock | | None | | | Sold | 04/27/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Cameron Inernational Corp common stock | | None | | | Merged (with line 218) | 04/05/16 | J | | |
| 138. Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 139. Cardinal Health Inc common stock | A | Dividend | J | T | | | | | |
| 140. Carnival Corp common stock | | None | | | Sold | 01/28/16 | J | A | |
| 141. Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 142. CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 143. Celgene Corp common stock | | None | K | T | | | | | |
| 144. Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 145. Cisco Systems Inc common stock | A | Dividend | J | T | | | | | |
| 146. Citigroup Inc New common stock | A | Dividend | K | T | | | | | |
| 147. Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |
| 148. Coca-Cola Co common stock | A | Dividend | J | T | | | | | |
| 149. Cognizant Technology Solutions Corp Cl A common stock | | None | | | Sold | 03/07/16 | J | A | |
| 150. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 151. Columbia Dividend Income Fund Cl Z | | None | L | T | | | | | |
| 152. Columbia Va Intermed Mun Bd Fund | B | Dividend | L | T | | | | | |
| 153. Columbia Income Opportunities Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | | | | | |
| 155. Comcast Corp Cl A common stock | A | Dividend | K | T | | | | | |
| 156. Constellations Brands Inc A common stock | A | Dividend | K | T | | | | | |
| 157. CVS Health Corp. common stock | A | Dividend | J | T | | | | | |
| 158. CSX Corp common stock | A | Dividend | K | T | | | | | |
| 159. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 160. Dell Technologies Inc common stock | | None | J | T | Buy | 11/04/16 | J | | |
| 161. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 162. Dominion Energy Inc common stock | A | Dividend | K | T | | | | | |
| 163. Duke Energy Corp common stock | B | Dividend | K | T | Sold (part) | 09/13/16 | K | B | |
| 164. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 165. Eli Lilly & Co common stock | A | Dividend | J | T | | | | | |
| 166. E I Du Pont de Nemours & Co common stock | A | Dividend | J | T | | | | | |
| 167. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 168. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 169. EOG Resoutces Inc common stock | A | Dividend | K | T | | | | | |
| 170. Equinix Inc common stock | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Estee Lauder Cos Inc Cl A common stock | | None | J | T | | | | | |
| 172. E-TRACS Alerian MPL Infra ETF | | None | | | Sold | 01/21/16 | K | B | |
| 173. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 174. Fortune Brands Home & Sec common stock | A | Dividend | J | T | | | | | |
| 175. General Electric Co common stock | A | Dividend | K | T | | | | | |
| 176. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 177. General Motors Co common stock | A | Dividend | J | T | | | | | |
| 178. Gilead Sciences Inc common stock | B | Dividend | | | Sold | 10/04/16 | L | B | |
| 179. Gilead Sciences Inc common stock | A | Dividend | K | T | Buy | 12/12/16 | K | | |
| 180. Home Depot Inc common stock | A | Dividend | J | T | | | | | |
| 181. Honeywell International Inc common stock | A | Dividend | K | T | | | | | |
| 182. Humana Inc common stock | A | Dividend | J | T | | | | | |
| 183. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 184. Invesco Ltd common stock | A | Dividend | J | T | | | | | |
| 185. iShares Barclays Tips Bond ETF | A | Dividend | K | T | | | | | |
| 186. iShares Russell Mid-Cap Index ETF | A | Dividend | N | T | | | | | |
| 187. iShares MSCI EAFE ETF | C | Dividend | N | T | Buy (add'l) | 11/17/16 | N | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. iShares Russell 2000 ETF | C | Dividend | M | T | | | | | |
| 189. Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 190. Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 191. Kroger Co common stock | A | Dividend | K | T | | | | | |
| 192. Kraft Heinz Co. common stock | A | Dividend | K | T | | | | | |
| 193. Lam Research Corp common stock | | None | J | T | | | | | |
| 194. Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | | | | | |
| 195. Lennar Corp Cl A common stock | A | Dividend | J | T | | | | | |
| 196. Lowes Companies Inc common stock | B | Dividend | K | T | Sold (part) | 11/14/16 | K | A | |
| 197. Medtronic plc common stock | A | Dividend | J | T | Sold (part) | 12/12/16 | K | A | |
| 198. Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 199. Marathon Pete Corp common stock | A | Dividend | K | T | Buy (add'l) | 08/17/16 | K | | |
| 200. Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 201. Microsoft Corp common stock | B | Dividend | K | T | | | | | |
| 202. Monsanto Co common stock | A | Dividend | K | T | | | | | |
| 203. NASDAQ OM X Group common stock | A | Dividend | K | T | | | | | |
| 204. News Corp common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Nextera Energy Inc common stock | A | Dividend | K | T | | | | | |
| 206. Nike Inc B common stock | A | Dividend | J | T | | | | | |
| 207. Norfolk Southern Corp common stock | A | Dividend | K | T | | | | | |
| 208. Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 209. Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 210. Permanent Portfolio Fund | | None | K | T | | | | | |
| 211. Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 212. Piccar Inc common stock | A | Dividend | J | T | | | | | |
| 213. PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 214. Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | | | | | |
| 215. Procter & Gamble Co common stock | C | Dividend | M | T | | | | | |
| 216. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 217. Qualcomm Inc common stock | C | Dividend | M | T | | | | | |
| 218. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 219. SPDR Gold Trust fund | | None | J | T | | | | | |
| 220. Templeton Global Bd Fund | A | Dividend | K | T | | | | | |
| 221. Target Corp common stock | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 11/16/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Time Inc common stock | A | Dividend | J | T | | | | | |
| 223. Time Warner Inc New common stock | A | Dividend | K | T | | | | | |
| 224. Union Pacific Service common stock | A | Dividend | J | T | | | | | |
| 225. United Technologies Corp common stock | A | Dividend | J | T | | | | | |
| 226. Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |
| 227. US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 228. Vanguard Emerging Market ETF | A | Dividend | J | T | | | | | |
| 229. Vanguard REIT | A | Dividend | K | T | | | | | |
| 230. Verizon Communications Inc common stock | B | Dividend | K | T | | | | | |
| 231. Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 232. Wells Fargo & Co common stock | A | Dividend | | | Sold | 09/28/16 | J | A | |
| 233. Williams Companies Inc common stock | | None | | | Sold | 01/08/16 | J | A | |
| 234. Xilinx Corp common stock | A | Dividend | J | T | | | | | |
| 235. Yum Brands Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 21 - Govenment Money Fund was previously known as Prime Reserve Fund.

Line 51 - Ghubb LTD was previously known as Chubb Corp

Line 161 - Dominion Energy Inc was previously known as Dominion Resources Inc.

Line 127 - Allergan plc previously inadvertantly omitted. In 2015 report, it was mistakenly referred to on line 117 as "Allegan, plc." The 2015 report should have referred to it as Actavis plc. Actavis plc acquired Allergan Inc. on March 17, 2015, and changed its name to Allergan plc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544